IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-190-D

| | | |
|---|---|---|
| ROBERT DUNN, and ROBERT DUNN CONSTRUCTION OF NEW BERN, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| MAGEE ESCAPES, LLC, DAVID MAGEE, and ANGIE MAGEE | ) ) ) ) | |
| Defendants. | ) | |

On December 18, 2018, plaintiffs moved to remand this action to Carteret County Superior Court [D.E. 10] and filed a memorandum in support [D.E. 11]. On January 3, 2019, defendants responded in opposition [D.E. 13]. On January 10, 2019, plaintiffs replied [D.E. 14].

The amount in controversy under 28 U.S.C. § 1332(a) does not exceed $75,000. See 28 U.S.C. § 1332(a); [D.E. 2-1]. Thus, pursuant to 28 U.S.C. § 1447(c), this action REMANDED to Carteret County Superior Court.

SO ORDERED. This **24** day of January 2019

JAMES C. DEVER III
United States District Judge